## Dorman v. Dorman.

*New Trial.*

(Decided Jan. 18, 1906, 39 So. Rep. 1026.)

APPEAL from Chambers Circuit Court.
Heard before Hon. S. L. BREWER.

E. M. OLIVER, for appellant.

B. H. HILL, for appellee.

Reversed, rendered and remanded.

Opinion by DENSON, J.

HARALSON, DOWDELL and SIMPSON, JJ., concur.